Civil Judgment (Rev. DC 04/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA



PAMELA D. ADAMS

Plaintiff(s)

Civil Action No.   04-856

V.

MARY E. PETERS

Defendant(s)

## JUDGMENT ON THE VERDICT
### FOR PLAINTIFF

This cause having been tried by the  Court and a Jury,  before the Honorable

Reggie B. Walton _____ , Judge presiding, and the issues having been duly

tried and the Jury having duly rendered its verdict; now, therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

Pamela D. Adams

have and recover of and from the defendant(s):

Mary E. Peters

the sum of  $300,000.00

together with costs.

NANCY MAYER-WHITTINGTON, Clerk

Dated: 7\9\07 _____     By: _____

Deputy Clerk

f